IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARVIN ANTWON WILLIAMS,<br><br>Defendant. | CASE NO.: 4:23-cr-76 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 40), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, as the opinion of the Court. Therefore, the Court **DENIES** Defendant's Motion to Suppress (doc. 28).

**SO ORDERED**, this 13th day of February, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA